# United States District Court
## Northern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOHN MARK FELDER | (For Offenses Committed On or After November 1, 1987) |

USDC Case Number: CR-04-40144-001 SBA
BOP Case Number: DCAN404CR040144-001
USM Number: 15311-097
Defendant's Attorney: JOHN PAUL REICHMUTH

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition(s) <u>charges one and two of the Probation Form 12.</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Defendant was arrested for Bank Robbery | March 4, 2011 |
| 2 | Defendant was arrested for Bank Robbery and had admitted robbing the bank | March 8, 2011 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

June 12, 2012
Date of Imposition of Judgment

*Saundra B Armstrong*
Signature of Judicial Officer

Honorable Saundra B. Armstrong, U. S. District Judge
Name & Title of Judicial Officer

6/13/12
Date

DEFENDANT: JOHN MARK FELDER  
CASE NUMBER: CR-04-40144-001 SBA

Judgment - Page 2 of 2

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18 months</u>. This sentence consists of 9 months to run concurrently to the sentenced imposed in CR-11-153 SBA and 9 months to run consecutively to the sentence imposed in CR-11-153 SBA.

[x]     The Court makes the following recommendations to the Bureau of Prisons: That the defendant be housed near Mesa, Arizona due to the proximity to his family. In addition the defendant be allowed to participate in substance abuse and mental health counseling.

[**x**]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

        [ ] at ___ [] am [] pm on ___.  
        [ ] as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        [ ] before 2:00 pm on ___.  
        [ ] as notified by the United States Marshal.  
        [ ] as notified by the Probation or Pretrial Services Office.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy United States Marshal